# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DANNY R. STONE, Inmate #K56190,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | CIVIL NO. 06-598-JLF |
| **ROGER E. WALKER, JR., JASON C.** ) | |
| **GARNETT, SHARON KLUGE, JOHN** ) | |
| **DOE, RICK ORR, and JANE DOE,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to state a claim.

Dismissal is *without prejudice*. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | |
|---|---|
| **October 3, 2006.** | **By:** *s/James L. Foreman* |
| *Date* | *District Judge* |